UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HUGO GARCIA                                              CIVIL ACTION

VERSUS

WESTLAKE CHEMICAL                              NO.: 18-00764-BAJ-EWD
CORPORATION ET AL.

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 21)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's **Motion to Remand (Doc. 5)** and Plaintiff's **Motion for Leave to Supplement the Record (Doc. 4)**. Plaintiff, an injured chemical plant employee who is domiciled in Louisiana, alleged that this matter should be remanded back to the 18th Judicial District Court, Parish of Iberville for the reason that Defendant Turner Industries, LLC is a Louisiana company. The Magistrate Judge recommended that Plaintiff's motion be denied, and that Plaintiff's claims against Turner be dismissed without prejudice. (Doc. 21 at p. 18). The Magistrate Judge also denied Plaintiff's motion to supplement the record.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

conclusions of law, and recommendations therein. (*Id.* at p. 1). Plaintiff filed an objection to the Report and Recommendation. (Doc. 14).

Plaintiff contends that the Magistrate Judge applied an incorrect standard for fraudulent joinder, and improperly concluded that Plaintiff's allegations did not provide any reasonable basis for recovery against Turner. (Doc. 22 at p. 1). Plaintiff also argues that the Magistrate Judge improperly denied his motion to supplement the record. (Id.). The Court agrees with the Magistrate Judge's finding that Plaintiff has failed to establish that Turner acted with any intent to harm Plaintiff, which is required to establish tort liability for an employer under the Louisiana Workers Compensation Act.[1]

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 21)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Remand (Doc. 5)** is **DENIED**.

---

[1] La. R.S. 23:1032, *et seq.*

**IT IS FURTHER ORDERED** that all claims brought by Plaintiff against Defendant Turner Industries LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 6th day of September, 2019.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA